UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH SPRENTALL and BARBARA TEFFT,

                Plaintiffs,

- against -

BEACON HEALTH OPTIONS, LLC,

                Defendant.

**ORDER**

20 Civ. 1703 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the following schedule will apply to Defendant's motion to dismiss:

1. Defendant's motion is due on **August 21, 2020**;

2. Plaintiffs' opposition is due on **September 21, 2020**; and

3. Defendant's reply, if any, is due on **October 5, 2020**.

The conference scheduled for July 23, 2020, is adjourned <u>sine die</u>. Discovery is stayed pending resolution of the motion to dismiss.

Dated: New York, New York
       July 21, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge